RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __9_/_18_/_15___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JOSEPH ANTHONY DANIEL,      CIVIL ACTION
    Petitioner                SECTION "P"
                                NO. 1:15-CV-00067
VERSUS

ERIC HOLDER, JR., et al.,     JUDGE DEE D. DRELL
    Respondents              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Daniel's motion for summary judgment (Doc. 24) and his Zadvydas claim for pre-removal release from detention are both DENIED AND DISMISSED WITH PREJUDICE.

IT IS ALSO ORDERED that Daniel's Bivens claims are DISMISSED WITHOUT PREJUDICE.

IT IS ALSO ORDERED that Daniel's habeas petition is TRANSFERRED TO THE UNITED STATES FIFTH CIRCUIT COURT OF APPEALS for consideration of Daniel's challenge to his removal order and his request for an adjustment of status.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this __17th__ day of September, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT